Beasley v. McGhee.

---

BENJAMIN F. BEASLEY ET AL., Exr's,

v.

FLAVIUS J. McGHEE.

STATEMENT.—This case is similar to the preceding, and reversed for the same reasons.

APPEAL from the Circuit Court of Morgan county; the Hon. CYRUS EPLER, Judge, presiding. Opinion filed June 29, 1880.

Mr. WILLIAM BROWN and Mr. R. D. RUSSELL, for appellants.

Messrs. MORRISON, WHITLOCK & LIPPINCOTT, for appellee.

DAVIS, J.    The facts in this case and in the case of Benjamin F. Beasely, and Charles Cox, Executors, etc., v. Martha Henry, decided at this term, are substantially alike.

We held in that case that the court below erred in allowing the claim of appellee against the estate.    We must so hold in this case, and therefore the judgment must be reversed and remanded.

Judgment reversed.